ALEXANDER SCOTT, Respondent, v. HAGOP KEVORKIAN, Appellant.— Order reversed so far as it grants the motion for a receivership, and with respect to the provisions relating to such receivership, and in other respects affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOSEPH F. MORAN, Respondent, v. WALTER C. McCLURE and Others, Copartners, etc., Appellants.— Order modified as follows: By striking out of the paragraph numbered " 1 " the words " and that such purchases and sales were made;" by striking out all of paragraphs numbered " 5 " and " 6;" and by striking out · all the provisions for the production of books, papers and writings, and substituting in lieu thereof the following: " And that the said defendants produce upon such examination, for the purpose of refreshing their memory, and for the introduction in evidence of such as may be necessary thereof, all books, papers, writings, records and documents in their possession relating to matters as to which they are directed to submit to an examination; and as so modified affirmed, without costs." The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J.,.Dowling, Merrell, McAvoy and Burr, JJ.

JOHN N. HOFF, Respondent, v. RICHARD WHITNEY and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of 520 AUDUBON AVENUE, INC., Respondent, v. JAMES ELGAR, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN NADRAMIA v. ELMER A. SHEETS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN CURRAN v. ELMER A. SHEETS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FREDERICK E. KLEIN v. MICHAEL J. BUCKLEY and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LIONELLO PERERA v. PAUL LONGONE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE M. C. LEATHER CORPORATION v. I. RAVICH & SONS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before July 10, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NATIONAL SURETY COMPANY v. GEORGE A. COLVIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.